IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD H. POSYTON, III, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-3686 |
| | : | |
| v. | : | |
| | : | |
| KUTZTOWN AREA TRANSPORT SERVICE, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of August, 2016, for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.